## PICKER v PICKER

Ohio Appeals, 6th Dist, Sandusky Co

No 278.   Decided May 22, 1933

Henry Hart, Sandusky, and A. V. Baumann, Fremont, for plaintiff in error.

Young & Young, Norwalk, for defendant in error.

For full opinion see 39 OLR 269; 187 NE 749; 46 Oh Ap 82.